IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PICTIVA DISPLAYS INTERNATIONAL LTD.; KEY PATENT INNOVATIONS LIMITED**<br><br>Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.**<br><br>Defendants. | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS PICTIVA DISPLAYS INTERNATIONAL LTD. AND KEY PATENT INNOVATIONS LIMITED'S
RULE 7.1. DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiffs Pictiva Displays International Ltd. ("Pictiva") and Key Patent Innovations Limited ("KPI") hereby disclose that:

- Pictiva is a wholly-owned subsidiary of Key Patent Innovations Limited. No publicly held corporation owns 10% or more of Pictiva's stock.

- KPI is a wholly-owned subsidiary of New PP Licensing LLC. No publicly held corporation owns 10% or more of KPI's stock.

11340822.

Dated:  July 12, 2024

Respectfully submitted,

*/s/ Jennifer L. Truelove*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*Attorneys for Plaintiff*
*Pictiva Displays International Ltd. and*
*Key Patent Innovations Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served to counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 12th day of July, 2024.

/s/     <em>Jennifer L. Truelove</em>